UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DOREEN PETERSEN, | Civil No. 2:15-CV-00583-KLS |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for a period of disability and disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will reevaluate severe impairments at step two; evaluate the medical source opinion of Dr. Zylstra; reevaluate the claimant's credibility, residual

///

///

///

Page 1   ORDER - [2:15-CV-00583-KLS]

functional capacity, and ability to perform work at steps four and five, as necessary; further develop the record; give the claimant an opportunity for a hearing; and issue a new decision.

DATED this 25th day of September, 2015.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2494
Fax:  (206) 615-2531
benjamin.groebner@ssa.gov

OF COUNSEL:
Michael R. Tunick
Assistant Regional Counsel
Office of the General Counsel

Page 2          ORDER - [2:15-CV-00583-KLS]